UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIE DOUGLAS JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:15-cv-437-TAV-DCP ) |
| RANDY LEE, *Warden*, | ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion filed herewith, it hereby is **ORDERED** and **ADJUDGED** that Petitioner Willie Douglas Johnson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 1] is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

Should Petitioner give timely notice of an appeal from this Order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED** since he has failed to make a substantial showing of the denial of a constitutional right or to present a question of some substance about which reasonable jurists could differ. See 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Additionally, the Court has reviewed this case pursuant to Rule 24 of the Federal Rules of Appellate Procedure and hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, any application by Petitioner for leave to proceed *in forma pauperis* on appeal is **DENIED**. *See* Fed. R. App. P. 24.

The Clerk of Court **SHALL** close the record in this civil case at No. 3:15-cv-437.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT